FILED

2022 Dec-27 AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

2022 DEC 16 A 10: 04

| | |
|---|---|
| Steven McKinney | } |
| *Plaintiff* | } |
| *(Write your full name. No more than one plaintiff may be named in a pro se complaint)* | } |
| | } |
| | } Case No.: **4:22 cv 1570 CLM** |
| **v.** | } (to be filled in by the Clerk's Office) |
| | } |
| | } JURY TRIAL ☑ Yes ☐ No |
| | } |
| See Attachment A | } |
| *Defendant(s)* | } |
| *(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)* | } |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

**A.    The Plaintiff**

| | |
|---|---|
| Name | Steven McKinney |
| Street Address | 312 Brandon Street |
| City and County | Gadsden, Etowah County |
| State and Zip Code | Alabama, 35901 |
| Telephone Number | 256-458-2838 |

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
    Name                See Attachment A

    Job or Title

    Street Address

    City and County

    State and Zip Code


Defendant No. 2
    Name                See Attachment A

    Job or Title

    Street Address

    City and County

    State and Zip Code


Defendant No. 3
    Name                See Attachment A

    Job or Title

    Street Address

    City and County

    State and Zip Code


Defendant No. 4
    Name                See Attachment A

    Job or Title

    Street Address

    City and County

    State and Zip Code

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 5
    Name                      See Attachment A

    Job or Title

    Street Address

    City and County

    State and Zip Code

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Constitutional or Federal Question  ☐ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _____

Address _____

### B.    If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Sixth, Eighth, and Fourteenth Amendments for failure to protect.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C.   **If the Basis for Jurisdiction is Diversity of Citizenship**

1.   The Plaintiff

The plaintiff, *(name)*_____, is a citizen of the

State of *(name)*_____.

2.   The Defendant(s)

a.   If the defendant is an individual

The defendant, *(name)*_____, is a citizen of the

State of *(name)*_____. Or is a citizen of

*(foreign nation)* _____.

b.   If the defendant is a corporation

The defendant, *(name)*_____, is incorporated under

the laws of the State of *(name)*_____, and has its

principal place of business in the State of *(name)*_____.

Or   is   incorporated   under   the   laws   of   *(foreign   nation)*

_____, and has its principal place of

business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

_____

_____

_____

**III.   Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment B

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Judgment in favor of Plaintiff and damages against all defendants in an amount sufficient to compensate Plaintiff for the physical harm, stress, and emotional trauma caused by Defendants' deliberate indifference and misconduct.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name ___Steven___ Last Name ___McKinney___

Mailing Address ___312 Brandon Street___

City and State ___Gadsden, AL___ Zip Code ___35901___

Telephone Number ___256-458-2838___

E-mail Address ___mckinneycraig747@gmail.com___

Signature of plaintiff ___Steven McKinney___

Date signed ___12/14/22___

## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev.10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_mcKinneycraig 747 @ gmail.com_

Participant signature:_____

Date:__12/14/22__

**Attachment A**

| | |
|---|---|
| Defendant No. 1: | Jefferson Dunn |
| Job or Title: | Commissioner (Former) |
| Employer: | Alabama Department of Corrections |
| Address: | |

| | |
|---|---|
| Defendant No. 2: | Dennis Stamper |
| Job or Title: | Special Assistant to Commissioner/Deputy Commissioner, Operations (Former) |
| Employer: | Alabama Department of Corrections |
| Address: | |

| | |
|---|---|
| Defendant No. 3: | Steve Watson |
| Job or Title: | Associate Commissioner, Plans & Programs (Former) |
| Employer: | Alabama Department of Corrections |
| Address: | |

| | |
|---|---|
| Defendant No. 4: | Matthew Brand |
| Job or Title: | Associate Commissioner, Administrative Services (Former) |
| Employer: | Alabama Department of Corrections |
| Address: | |

| | |
|---|---|
| Defendant No. 5: | Ruth Naglich |
| Job or Title: | Health Services Director (Former) |
| Employer: | Alabama Department of Corrections |
| Address: | |

| | |
|---|---|
| Defendant No. 6: | Arnaldo Mercado |
| Job or Title: | Investigations & Intelligence (I&I) Director |
| Employer: | Alabama Department of Corrections |
| Address: | 301 S. Ripley Street<br>P.O. Box 301501<br>Montgomery, AL 36130 |

| | |
|---|---|
| Defendant No. 7: | Edward Ellington |
| Job or Title: | Institutional Coordinator (Northern Region) |
| Employer: | Alabama Department of Corrections |
| Address: | 301 S. Ripley Street<br>P.O. Box 301501<br>Montgomery, AL 36130 |

Defendant No. 8:    Deborah Toney
Job or Title:       Warden III (Former)
Employer:           Alabama Department of Corrections - Limestone CF
Address:

Defendant No. 9:    Unknown
Job or Title:       Warden II
Employer:           Alabama Department of Corrections - Limestone CF
Address:

Defendant No. 10:   Unknown
Job or Title:       Warden I
Employer:           Alabama Department of Corrections - Limestone CF
Address:            301 S. Ripley Street
                    P.O. Box 301501
                    Montgomery, AL 36130

Defendant No. 11:   Unknown
Job or Title:       Correctional Captain
Employer:           Alabama Department of Corrections - Limestone CF
Address:            301 S. Ripley Street
                    P.O. Box 301501
                    Montgomery, AL 36130

Defendant No. 12:   Unknown
Job or Title:       Correctional Lieutenant
Employer:           Alabama Department of Corrections - Limestone CF
Address:            301 S. Ripley Street
                    P.O. Box 301501
                    Montgomery, AL 36130

Defendant No. 13:   Sgt. Moore
Job or Title:       Correctional Sergeant
Employer:           Alabama Department of Corrections - Limestone CF
Address:            301 S. Ripley Street
                    P.O. Box 301501
                    Montgomery, AL 36130

Defendant No. 14:   Aaron Brolsma
Job or Title:       Correctional Officer
Employer:           Alabama Department of Corrections - Limestone CF
Address:            301 S. Ripley Street

P.O. Box 301501
Montgomery, AL 36130

Defendant No. 15:  Michael Coberly
Job or Title:       Correctional Officer
Employer:           Alabama Department of Corrections - Limestone CF
Address:            301 S. Ripley Street
                    P.O. Box 301501
                    Montgomery, AL 36130

**Attachment B**

My name is Steven McKinney and I am a formerly incarcerated man who was released from the custody of Alabama Department Corrections (ADOC) in August 2021. On December 30, 2020, Officer Aaron Brolsma assaulted me, causing major injuries, including fractured vertebrae and bulging discs. These injuries required hospitalization and multiple surgeries.

The officer assault on December 30, 2020 happened the day I was moved from lock-up back to the protective custody unit at Limestone Correctional Facility. I was assigned to protective custody in the first place because there was a hit out on me and other prisoners repeatedly threatened to kill me. When Officer Brolsma and Officer Michael Coberly came to escort me from lock-up back to protective custody, I told them I did not feel safe going back there due to the threats I had received in the weeks prior. Even so, Officers Brolsma and Coberly took me to my cell in the protective custody unit. As I was putting my mattress down, one of the prisoners who had threatened me before emerged from the showers and charged at me. Neither Officer Brolsma nor Officer Coberly intervened to protect me, so I grabbed a mop to protect myself. Officer Brolsma then sprayed me. I lay on the ground and complied with his orders while he handcuffed me. Despite my compliance with his orders, Officer Brolsma jumped on me while I was face down in handcuffs and began to physically assault me, slamming his knees into my neck and back.

He then told me to stand up and took me out of the protective custody unit. As we were leaving, Officer Brolsma assaulted me again, throwing me into a window and then onto the gravel on the ground outside the protective custody doorway. Officer Brolsma then jammed his knee into my neck and back again. I was handcuffed the entire time. I told Officer Brolsma that something had happened to my back during the assault (I was especially vulnerable because I had undergone back surgery before). Sgt. Moore took me to the infirmary for a body chart, but I was quickly put back in my cell in protective custody afterwards.

Several weeks later, I sat down in my cell and pain shot from my neck down to my feet. I fell down and urinated on myself. I was taken to the infirmary on a stretcher and could not move my neck. In the Limestone infirmary, medical staff determined that I needed treatment in a free world hospital for the injuries sustained during the officer assault. I was transported to Crestwood hospital in Huntsville on January 17, 2021. Doctors there diagnosed me with prolapse of my cervical discs with myelopathy as well as injury to my thoracic spine. I was admitted for an anterior cervical dissection and fusion surgery of my discs between C5/6 and C6/7 of my cervical vertebrae. I also had a fractured L1 vertebra. I underwent surgery on my neck, but not my back (doctors had to wait until my neck injuries healed before they could address my back). After a few days at Crestwood, I was sent back to Limestone and placed back in the protective custody unit, where Officer Brolsma assaulted

me, without adequate pain medication or a mattress.

Prison staff did not take me for scheduled follow-up visits at Crestwood, leading to further complications, and withheld pain medications. I submitted multiple sick call requests to try to get medical attention because my pain was so severe, but staff were not responsive. I was not transported to Crestwood to have surgery on my back until June 2021. After the surgery, Limestone medical staff again withheld prescribed pain medications and I had immense difficulty walking.

Crestwood medical records show the extent of the injuries Officer Brolsma inflicted on my neck and back, and the medical interventions that were required.